SEARS & RICHARDS, INC., Respondent, v. ATLANTIC GULF AND PACIFIC STEAMSHIP COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.